UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DAVID DARNELL NELSON, JR.,

        Plaintiff,

    v.                                     Case No. 20-cv-1395-pp

RYAN ACKERMAN, *et al.*,

        Defendants.

---

**ORDER DISMISSING CASE**

---

On May 4, 2021, the court ordered that if plaintiff David Darnell Nelson, Jr. wished to proceed with this case, he must provide the court with an updated address by the end of the day on June 5, 2021. Dkt. No. 16. The court noted that the plaintiff had provided a mailing address on Good Hope Road in Milwaukee, but that an order the court had sent to that address was returned to the court as undeliverable. Id. at 1-2. The court explained that it had not heard from the plaintiff in over three months and did not know where he was. Id. at 2. The court warned the plaintiff that if he did not provide an updated address by the end of the day on June 5, 2021, or if the order was returned to the court as undeliverable, the court would dismiss this case with prejudice because the plaintiff has failed to prosecute it. Id. at 3 (citing Civil Local Rule 41(c)).

The same day the court entered the previous order in this case, the court entered a similar order in the plaintiff's other case. Nelson v. Gegare, Case No. 19-cv-510 (E.D. Wis.), Dkt. No. 47. On May 17, 2021, the order in 19-cv-510

was returned to the court as undeliverable. <u>Id.</u> at Dkt. No. 48. The plaintiff has not responded to the court's order in either case or provided an updated address, and his deadline to do so has passed. The court has not heard from the plaintiff (in this case) since January 4, 2021, when it received a letter from him that was illegible. Dkt. No. 9. That was over five months ago.

The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE** because the plaintiff has failed to prosecute it. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 17th day of June, 2021.

BY THE COURT:

_____

**HON. PAMELA PEPPER**
**Chief United States District Judge**